# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1267
Lower Tribunal No. 2022-CA-625-O

_____

RAJU MIRCHANDANI,

Appellant,

v.

CHIRAG CHAMAN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Peter Ticktin, Jamie Alan Sasson, and Ryan Fojo, of The Ticktin Law Group, Deerfield Beach, for Appellant.

Christopher B. Spuches, of Agentis PLLC, Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED